MARCUS J. LEE, ESQ. (Nevada Bar No. 15769)
E: MLee@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION*
*SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DE'ONTE OMAR RAY,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02456<br><br>**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendants EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") file this motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Friday October 23, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. Counsel for Experian has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 25th day of September, 2026

*/s/Inku Nam*
MARCUS J. LEE, ESQ. Nevada Bar No. 15769
INKU NAM, ESQ. Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 25, 2026