HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
**TROUTMAN PEPPER LOCKE LLP**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 213-928-9800
Facsimile: 213-928-9850
holly.cheong@troutman.com

*Attorney for Defendant Navy Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

DE'ONTE OMAR RAY,

Plaintiff,

vs.

NAVY FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

Defendants.

Case No. 2:26-cv-02456-EJY

**CONSENT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NAVY FEDERAL CREDIT UNION TO RESPOND TO COMPLAINT**

**[FIRST REQUEST]**

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant Navy Federal Credit Union ("Navy Federal") files this motion to extend Navy Federal's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through November 19, 2026. This is Navy Federal's first request for an extension of this deadline.

Plaintiff filed his Complaint on August 11, 2026. (ECF No. 1.) On September 8, 2026, Plaintiff filed an executed Waiver of Service reflecting that the waiver request was sent to Navy Federal on September 8, 2026, and that Navy Federal's answer is due November 7, 2026. (ECF No. 6.) Because Navy Federal waived service, its response is due sixty (60) days after the request for waiver was sent. Fed. R. Civ. P. 4(d)(3), 12(a)(1)(A)(ii). Because the sixtieth day, November 7, 2026, falls on a Saturday,

the period continues to run until Monday, November 9, 2026. Fed. R. Civ. P. 6(a)(1)(C). This motion is therefore made before the expiration of Navy Federal's current deadline to respond. See LR IA 6-1(a).

Navy Federal is diligently reviewing its files and records regarding the claims asserted in the Complaint in order to respond to the Complaint and evaluate the potential for settlement. The claims allege fraudulent activity of Plaintiff's accounts and Navy Federal is conducting a further investigation into its files, including electronic activity. Accordingly, Navy Federal requests that its deadline to respond to the Complaint be extended up to and including November 19, 2026.

This extension request is made in good faith and not for purposes of delay. Counsel for Navy Federal has been in contact with counsel for Plaintiff, who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Navy Federal the time necessary to complete its review of its files and records, respond to the Complaint, and evaluate with Plaintiff the potential for settlement of this case.

Dated: November 6, 2026

Respectfully submitted,
**TROUTMAN PEPPER LOCKE LLP**

*<u>/s/ Holly E. Cheong</u>*
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (213) 928-9800
Facsimile: (213) 928-9850
holly.cheong@troutman.com

*Attorney for Defendant Navy Federal Credit Union*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: November 5, 2026